UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Tracey Earlene Mathews,

      Plaintiff,

v.                                 Case No.  16-12586

Commissioner of Social Security,       Sean F. Cox
                                     United States District Court Judge

      Defendant.
_____/

## ORDER ADOPTING
## 11/28/17 REPORT AND RECOMMENDATION

Plaintiff filed this action under 42 U.S.C. § 405(g), seeking judicial review of Defendant

Commissioner of Social Security's denial of benefits.  The matter was referred to Magistrate

Judge Steven Whalen for determination of all non-dispositive motions pursuant to 28 U.S.C. §

636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).   Thereafter, the

parties filed motions for summary judgment.

On November 28, 2017, Magistrate Judge Whalen issued a Report and Recommendation

("R&R") (Docket Entry No. 32) wherein he recommends that the Court deny Plaintiff's Motion

for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the

Commissioner's decision.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the

magistrate judge's disposition to which specific written objection has been made." *Id.*

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the November 28, 2017, R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

> s/Sean F. Cox
> Sean F. Cox
> United States District Judge

Dated: January 12, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 12, 2018, by electronic and/or ordinary mail.

> s/Jennifer McCoy
> Case Manager